In the. Matter of LALLY B. HIBBERT, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.